UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>       Plaintiff,<br><br>     -v.-<br><br>IV MEDIA, LLC,<br><br>       Defendant. | 25 Civ. 2905 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  Due to a conflict in the Court's calendar, the pre-motion conference scheduled for July 8, 2025, at 12:00 p.m., is hereby ADJOURNED to **July 8, 2025**, at **3:00 p.m.** The dial-in information remains the same and is as follows: At 3:00 p.m., the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

  SO ORDERED.

Dated: July 1, 2025
     New York, New York

                         KATHERINE POLK FAILLA
                         United States District Judge