

**Kristen E. Sanocki**
314 552 6172  direct
ksanocki@thompsoncoburn.com

July 7, 2025

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY  10007
Failla_NYSDChambers@nysd.uscourts.gov

Re:   *Spectrum Management Holding Company, LLC v. IV Media, LLC d/b/a ShopHQ*
      Case No. 1:25-cv-02905 (KPF)

Dear Judge Failla,

    We represent Plaintiff Spectrum Management Holding Company, LLC (**Spectrum**) in the above-captioned matter. We write in response to the amended correspondence submitted by Defendant IV Media, LLC (**ShopHQ**) on July 3, 2025 regarding its June 9, 2025 request for a pre-motion conference on an anticipated motion to dismiss for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1).

    This is a breach of contract action filed by Spectrum, arising out of an agreement that designates this Court as one of two permissible venues. ECF No. 1, Compl., ¶12. On June 2, 2025, the day its answer was due, ShopHQ informed Spectrum that the Court did not have diversity jurisdiction based on the state of formation and principal place of business of ShopHQ's sole member, also an LLC (**Simplify Inventions, LLC**). That same day, Spectrum responded that it would not maintain a lawsuit in this Court without subject matter jurisdiction but emphasized that ShopHQ needed to provide the citizenship of the members of Simplify Inventions, LLC to properly assess jurisdiction. *See* ECF No. 19-1 (June 2, 2025 Email). ShopHQ refused.

    As numerous courts in the Second Circuit have recognized, when an LLC has another LLC as its sole member, the citizenship of the member's members is the relevant analysis, not the LLC's state of formation or principal place of business. *See, e.g., Bayerische Landesbank, New York Branch v. Aladdin Cap. Mgmt. LLC*, 692 F.3d 42 (2d Cir. 2012); *Avant Cap. Partners, LLC v. W108 Dev. LLC*, 387 F. Supp. 3d 320, 322 (S.D.N.Y. 2016). Spectrum sought to clarify this with ShopHQ directly and, on June 3, 2025, provided citations to the relevant caselaw. ShopHQ again declined to disclose the relevant jurisdictional facts. *See* **Exhibit 3** (June 3-9, 2025 Emails).

July 7, 2025
Page 2

      Only now, after letter briefing and on the eve of a court-scheduled conference on ShopHQ's request for a pre-motion conference (and just before a holiday, leaving Spectrum only one business day between ShopHQ's filing and the pre-motion conference), has ShopHQ disclosed partial information confirming that one of the corporate members of Simplify Inventions, LLC is incorporated in Delaware. The Hans Foundation USA, is a non-profit non-stock corporation incorporated in Delaware and thus is not diverse from Spectrum. Had ShopHQ disclosed this fact earlier, as requested several times, Spectrum would have dismissed this action and refiled in the other contractually designated venue. ShopHQ's delay in providing the disclosure led to additional attorney fees for Spectrum and unnecessarily consumed time and resources of the parties and the Court.

      Spectrum will, however, dismiss this lawsuit without prejudice and pursue its claims against ShopHQ in New York state court.

Respectfully submitted,

Thompson Coburn LLP

By /s/ Kristen Sanocki
    Kristen E. Sanocki

cc:    All counsel of record (via ECF)